**Jose Antonio TIRADO–PEREZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71058.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted April 12, 2004.*

Decided April 28, 2004.

Jose Antonio Tirado–Perez, Riverside, CA, pro se.

Sung U. Park, Esq., Law Offices of Sung U. Park, Los Angeles, CA, Vincent Chan, Law Office of Vincent Chan, Pasadena, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Anh–Thu P. Mai, Aviva Poczter, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Jose Antonio Tirado–Perez, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review whether Tirado–Perez has demonstrated the requisite "exceptional and extremely unusual

hardship" for cancellation of removal. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 891 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

